**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Dawn Dowling, | No. CV-24-00487-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Defendants. | |

Pursuant to explanations and directives provided by Order of this Court in CV 24-490 TUC CKJ (Order (Doc. 5)), this action is dismissed for lack of venue.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall GRANT the Application to Proceed *In Forma Pauperis* (Doc. 2).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall SEAL the Application to Proceed *In Forma Pauperis* (Doc. 2) because it includes the name of her minor son.

**IT IS FURTHER ORDERED** that, pursuant to the Order (Doc. 5) issued in CV 24-490 TUC CKJ, the Clerk of the Court shall close this case for lack of venue.

Dated this 22nd day of October, 2024.

Honorable Cindy K. Jorgenson
United States District Judge